UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES NOEL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:14-cv-370-WTL-MJD |
| | ) |
| OFFICER KENNETH C. GREER, et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendants and against the plaintiff. The plaintiff shall take nothing by his complaint and this action is dismissed.

Date: 1/5/16

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES NOEL
230645
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Rd.
Pendleton, IN 46064

Electronically registered counsel